# *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Kirk Thompson, | : | |
| Plaintiff | : | Civil Action 2:08-cv-00701 |
| v. | : | Judge Marbley |
| Michael J. Astrue, Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 21, 2009 Order, the Court ADOPTS the Report and Recommendation of the Magistrate Judge, the decision of the Commissioner of Social Security is REVERSED and Thompson to be awarded benefits from April 28, 2001 through the end of 2006.

Date: **September 21, 2009**          **James Bonini, Clerk**


                                                  s/Betty L. Clark
                                                Betty L. Clark/Deputy Clerk